```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

MASADA MURICE KING,

        Petitioner,

        Case No. 07-12011

        HONORABLE AVERN COHN

v.

MARY BERGHUIS,

        Respondent.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the respondent against the petitioner.

        DAVID WEAVER

Dated: September 8, 2010    By: s/Julie Owens
        Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to Masada King 353216, Earnest C. Brooks Correctional Facility, 2500 S. Sheridan Drive, Muskegon, MI 49444 and to the attorneys of record on this date, September 8, 2010, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160